

317 George Street, Suite 320
New Brunswick, NJ 08901
Phone: 201.577.5175
Fax: 804.649.1762

Christopher R. Carton
Direct: 201.577.5175
Email: chris.carton@bowmanandbrooke.com

May 10, 2021

Honorable Eric N. Vitaliano
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:   *Sean Moreland, et al. v. Microgenics Corporation et al.*
      Civil Action No.: 1:21-cv-00748-ENV-LB

Dear Judge Vitaliano:

Defendants Microgenics Corporation and Thermo Fisher Scientific Inc. jointly with Plaintiff respectfully request the Court enter the following proposed Amended Complaint and Motion to Dismiss briefing schedule:

- Amended Complaint to be filed May 21, 2021
- Motion to Dismiss Amended Complaint to be filed June 21, 2021
- Opposition to be filed July 21, 2021
- Reply to be filed August 4, 2021

Respectfully submitted,

*/s/ Christopher R. Carton*

Christopher R. Carton

CRC/ms